# DIVIDENDS REMITTED TO THE COURT

Case Number 10-12778 - SPYAK, SOMER L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Time Warner Cable**<br>PO Box 0901<br>Carol Stream, IL 60132-0901 | 000002 | 90.48 | 1.59 |
| ---------- Remittance Total -------------- | | 90.48 | 1.59 |

*[signature]*
LAUREN A. HELBLING, Trustee

#151476

*[FILED stamp: 10 DEC -8 PM 1:55, U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*